# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANGELA HENDERSON WILLIAMSON, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:17-cv-406-WSD |
| TRAVELPORT, LP, et al., | |
| Defendants. | |

## J U D G M E N T

This action having come before the Court, Honorable William S. Duffey, Jr., United States District Judge, for consideration of Defendants' Motion to Dismiss, and the Court having granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 11th day of January, 2018.

JAMES N. HATTEN
CLERK OF COURT

By: *s/D. McGoldrick*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  January 11, 2018
James N. Hatten
Clerk of Court

By: *s/D. McGoldrick*
       Deputy Clerk